91 A.3d 1236

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Kathleen McCULLOUGH, Petitioner.**

Supreme Court of Pennsylvania.

May 20, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 20th day of May, 2014, the Application to Withdraw as Counsel of Petitioner, Kathleen McCullough, filed by Scott Coffey, Esq. is **GRANTED.** The Supplemental Petition for Allowance of Appeal and the Petition for Allowance of Appeal are **DENIED.**